UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN E. TATE** | **CIVIL ACTION NO.** |
| **VERSUS** | |
| | **JUDGE:** |
| **REINHART TRANSPORTATION, LLC,** | |
| **ACE AMERICAN INSURANCE AND** | |
| **ANQUETTA WASHINGTON** | **MAGISTRATE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMPLAINT**

The Complaint of Calvin E. Tate., a person of the full age of majority, and resident of the Parish of Washington, State of Louisiana (hereinafter "Petitioner"), respectfully represents:

1.

Named defendants are:

a) Reinhart Transportation, LLC, a Limited Liability Company domiciled in Nebraska, with no members domiciled in Louisiana;

b) Ace American Insurance, a corporation which is domiciled in and has its principal place of business in Pennsylvania; and

c) Anquetta Washington, a citizen and domiciliary of Mississippi.

2.

Diversity jurisdiction exists because plaintiff and all defendants are of diverse citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3.

Venue is proper as the accident occurred in this district.

4.

The above defendants are jointly, severally and *in solido* liable unto Petitioner for damages plus legal interest, expert fees and court costs.

5.

At about 7:54 a.m. on July 21, 2021, Petitioner was proceeding east bound on Greenville Avenue in Franklinton Louisiana, when a truck, owned by Reinhart Transportation, driven by Anquetta Washington and insured by Ace American Insurance, traveling north bound on Magee Drive failed to stop at a stop sign, and hit Petitioner's vehicle and trailer.

6.

The aforementioned accident was in no way caused or contributed to by Petitioner, but was due solely to the negligence, fault, and/or strict liability attributable to defendants Anquetta Washington and Reinhart Transportation, LLC in the following, but not exclusive, particulars:

 a) failing to observe traffic and traffic signage;

 b) failing to operate the vehicle in a safe manner;

 c) operating the vehicle in a reckless and careless manner;

 d) operating unsafely under the circumstances;

 e) failing to take reasonable precautions to avoid the accident;

 f) failing to see what the defendant driver should have seen;

 g) failed to do what defendant driver should have done;

 h) failing to observe and avoid hitting the Petitioner's vehicle;

      i)       operating and/or allowing the operation of the defendant's vehicle by an unsafe, improperly trained, and/or distracted driver;

      j)       failing to properly maintain the defendant's vehicle;

      k)      driving and/or permitting/requiring driving while distracted;

      l)       failing to properly train and select the defendant driver; and

      m)     any and all other acts of negligence and/or fault and/or strict liability which will be presented at trial;

all in violation of the applicable traffic and vehicle safe practices, laws, statutes, ordinances to include La R.S. 32:123 and provisions of the Louisiana Civil Code (specifically, but not limited to), Art. 2315, which are specifically pled herein as if copied *in extenso.*

7.

At all times pertinent hereto, Ace American Insurance Company was the liability insurer of defendants and had a policy or policies of insurance in full force and effect at all times pertinent hereto, such that defendant, Ace American Insurance, pursuant to the Louisiana Direct Action Statute, La. R.S. 22:655, is liable for the acts and omissions alleged herein against defendants', and all defendants are liable jointly, severally, and *in solido*.

8.

Defendant Anquetta Washington was an employee of defendant Reinhart Transportation, LLC and was acting within the course and scope of that employment at the time defendants insured Petitioner. As a result, Reinhart Transportation, LLC is vicariously liable under the doctrine of respondent superior for all acts of negligence, fault and/or strict liability of defendant, Anquetta Washington as alleged herein.

9.

As a result of the aforementioned accident, Petitioner sustained substantial, significant and life altering injuries and/or impairments, including without limitation, a neck injury that requires cervical surgery, a back injury, an injury to his shoulder and injuries to other parts of his body, physical pain and suffering, bruising, limitation of motion, and mental and emotional distress resulting in damages as follows:

- a) Past and future mental and emotional pain and suffering, past and future physical pain and suffering, past and future bodily injury, past and future limitation of physical capacity;
- b) Past and future mental and psychological injury;
- c) Past and future medical expenses;
- d) Lost income;
- e) Loss of earning capacity;
- f) Loss of enjoyment of life;
- g) Medical expenses/losses related to medical treatment; and,
- h) Any other damages to be proven at the trial of this matter.

**WHEREFORE**, Petitioner prays that the defendants be duly served with a copy of this Complaint in accordance with the law and cited to appear and answer same, and after all legal delays and due proceedings are had, that there be judgment in favor of Petitioner, and against all defendants, jointly, severally, and *in solido* for all damages deemed reasonable in the premises, together with legal interest from date of judicial demand until paid, and all expert fees and all costs of these proceedings. Petitioner further prays for all legal and equitable relief allowed by law.

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
 GAMBEL & TOMPKINS

/s/ Gary J. Gambel
_____

Gary J. Gambel (#19684)
MURPHY, ROGERS, SLOSS, GAMBEL
  & TOMPKINS
902 W. Thomas Street
Hammond, LA 70401
Telephone: (985) 340-2007
Facsimile: (985) 340-2005
ggambel@mrsnola.com


/s/ Rebecca Davis Lee
_____

REBECCA DAVIS LEE (33087)
LEE LAW, LLC
902 W. Thomas Street Suite B
Hammond, Louisiana
Telephone:  (225) 505-4985
Facsimile:  (225) 351-8873
rebecca@davisleelaw.com


**PLEASE SERVE:**

**Reinhart Transportation, LLC**
**6720 N. 9th Street**
**Omaha, NE 68112-3523**

**Ace American Insurance**
**Through the Louisiana Secretary of State**
**8585 Archives Avenue**
**Baton Rouge, LA 70809**

**Anquetta Washington**
**138 McNarney Dr.**
**Biloxi, MS 39531**